UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEATTLE CIDER COMPANY, LLC; TWO BEERS BREWING COMPANY, LLC; and AGRIAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOEL VANDENBRINK; and PNW HOLDCO LLC, <br><br> Defendants. | C19-1313 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion for extension, docket no. 30, is GRANTED, and the deadline for disclosure of expert testimony pursuant to Federal Rule of Civil Procedure 26(a)(2) is EXTENDED from April 6, 2020, to May 6, 2020. All other dates and deadlines set forth in the Minute Order Setting Trial Date and Related Dates, docket no. 28, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 6th day of March, 2020.

<u>William M. McCool</u>
Clerk

<u>s/Karen Dews</u>
Deputy Clerk

MINUTE ORDER - 1