UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEATTLE CIDER COMPANY, LLC, et al.

Plaintiffs,

v.

JOEL VANDENBRINK, et al.

Defendants.

C19-1313 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue the trial date and related deadlines, docket no. 32, is GRANTED as follows.

| **JURY TRIAL DATE (5-10 days)** | **January 25, 2021** |
| --- | --- |
| Disclosure of expert testimony | July 8, 2020 |
| Discovery motions filing deadline | July 29, 2020 |
| Discovery completion deadline | September 4, 2020 |
| Dispositive motions filing deadline | October 5, 2020 |
| Deadline for filing motions related to expert testimony (*e.g.*, Daubert motions) | October 12, 2020 |

MINUTE ORDER - 1

| Motions in limine filing deadline | December 3, 2020 |
|---|---|
| Agreed pretrial order due | January 8, 2021 |
| Trial briefs, proposed voir dire questions, and jury instructions due | January 8, 2021 |
| Pretrial conference | January 15, 2021 at 1:30 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 28, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of April, 2020.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk